# **EXHIBIT 1**



GEORGETOWN LAW
CIVIL RIGHTS CLINIC

Aderson Francois
 Director
Andrew Mendrala
Heather Abraham*
 Supervising Attorneys

600 New Jersey Avenue, NW
Suite 352
Washington, DC 20001
(202) 661-6739

February 25, 2019

**By electronic mail**

U.S. Department of Housing and Urban Development
Freedom of Information Act Office
451 7th Street, SW, Room 10139
Washington, DC 20410-3000
Telephone: (202) 708-3054
Electronic Mail: HUDFOIA@hud.gov

### Re: Freedom of Information Act Request

Dear FOIA Officer:

This letter is a record request under the Freedom of Information Act, 5 U.S.C. § 552 *et seq.*

**Records Requested.** We request the following records that are in the possession or control of the U.S. Department of Housing and Urban Development (HUD):

> All non-litigation communication (which includes, but is not limited to, emails, letters, and documentation summarizing telephone calls or meetings with representatives of any of the identified entities) created from January 1, 2017 to February 22, 2019 with any of the following HUD offices (excluding regional offices): The Office of the Secretary, the Immediate Office of the Secretary, the Office of the Deputy Secretary, the Executive Secretariat including Congressional Affairs, and the Office of Fair Housing and Equal Opportunity, by any of the following entities, pertaining to any of the topics identified below:
>
> Entity Name:
> - National Association of Housing and Redevelopment Officials
> - NAHRO

---

* *Attorney licensed in Michigan; D.C. admission pending; supervised by D.C. licensed attorney.*

- National Affordable Housing Management Association
- NAHMA
- National Multifamily Housing Council
- NMHC
- Council of Large Public Housing Authorities
- CLPHA
- National Council of State Housing Agencies
- NCSHA
- Public Housing Authorities Directors Association
- PHADA

Addressing any of the following topics:
- Affirmatively Furthering Fair Housing
- AFFH
- Affirmatively Furthering Fair Housing assessment tool
- AFFH tool
- Assessment tool
- Assessment of Fair Housing
- AFH
- zoning and AFFH
- zoning and Affirmatively Furthering Fair Housing
- zoning and community development block grant

**Fee Waiver Request.** We request a complete fee waiver. FOIA provides that fees should be waived or reduced "if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester. 5 U.S.C. § 552(a)(4)(A)(iii). Our fee waiver request is supported by the following factors, in accordance with governing law. Detailed below, the public interest factors significantly outweigh any commercial interest.

- **Public Interest.**
  - The request concerns specific, identifiable agency operations or activities possessed by the agency, namely communications regarding the implementation or withdraw of specific housing discrimination regulations.
  - This request is likely to contribute to an understanding of specific government operations or activities that are not already in the public domain. It is therefore new and substantive information about the agency's activities.
  - This request is likely to contribute to a "public," as opposed to a narrow, understanding of the relevant operations or activities. The public benefit will include academic study and review of the agency's identifiable operations or activities regarding housing discrimination regulations. The request closely aligns with the specialized knowledge and expertise of the Georgetown Law Civil Rights Clinic (CRC) faculty and their ability to interpret disclosed information for the public's benefit.
  - This request significantly contributes to public understanding of government operations or activities in that the subject matter will significantly enhance the publicly available information that existed prior to disclosure.

- **Non-Commercial Interest.**
  - The CRC operates as a public interest, nonprofit law firm that provides free legal services on issues involving civil rights, including matters of housing discrimination, which is regulated by HUD. The CRC does not benefit financially from representing clients. This request is *not* made primarily in the commercial interest of the requester.
  - Given the nature of this request, the magnitude of any commercial interest of the requester is *de minimis*.

**Format of Documents.** To the extent that the requested records are available or readily reproducible in searchable, electronic format or other digital format, please provide records in that format.

**Justification for Withholding.** If you determine that some or all of the applicable records should be exempt, FOIA requires that you provide a written explanation stating the specific statutory exemption on which you rely for each document withheld.

**Segregability.** For any segregable portion of a record that is not exempt, FOIA requires that you provide that portion along with your explanation of the exemption on which you rely for each portion that is redacted.

**Delivery.** Please furnish all applicable records electronically to Heather.Abraham@georgetown.edu, or in paper form to Georgetown University Law Center, Civil Rights Clinic, 600 New Jersey Avenue, NW, Suite 352, Washington, DC 20001.

**Timing.** We look forward to your response to this request within 20 days, as required by law. 5 U.S.C. § 552(a)(6)(A)(i); 24 C.F.R. § 15.103(a).

If you have any questions regarding this request, please contact me at (202) 662-9546 or by email.

Thank you for your prompt attention to this matter.

Sincerely,

Heather R. Abraham



Heather Abraham <ha545@georgetown.edu>

## FOIA Request
1 message

**Heather Abraham** <Heather.Abraham@georgetown.edu>     Mon, Feb 25, 2019 at 4:05 PM
To: HUDFOIA@hud.gov
Bcc: Rodolfo Padilla <rmp94@georgetown.edu>, Desiree Luckey <dsl54@georgetown.edu>, David Vines <div3@georgetown.edu>

Attention FOIA Officer:

Attached, please find a records request under the Freedom of Information Act.

Thank you for your attention to this matter,
Heather Abraham

--
Heather Abraham
Supervising Attorney*
Georgetown Law | Civil Rights Clinic
600 New Jersey Avenue NW
Washington, DC 20001
t. 202.662.9546
Heather.Abraham@georgetown.edu

---

*District of Columbia application pending; licensed in Michigan and supervised by D.C. Bar member.

This email message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the intended recipient(s). If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. It is not our intention to waive the attorney-client privilege, the attorney work-product doctrine, or any proprietary rights in the information contained on the following pages. If you have received this message in terror, or are not the proper recipient(s), please notify the sender immediately by telephone or electronic mail and delete this message and all copies and backups. Unless expressly stated to the contrary herein, (a) nothing contained in this message was intended or written to be used, can be used, nor may be relied upon or used, by any taxpayer for the purpose of avoiding penalties that could be imposed upon the taxpayer under the Internal Revenue Code of 1986, as amended; and (b) any written statement contained herein relating to any federal tax transaction or issue may not be used by any individual or entity to recommend or support the promotion or marketing of any such transaction or issue. Thank you.

📎 **HUD FOIA Request_AFFH_Georgetown University.pdf**
139K